**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. <u>6:22-CR-61-CHB-HAI</u>**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**


**V.**                                              **<u>ORDER</u>**


**YVONNE NICOLE ROY**                                        **DEFENDANT**

* * * * * *

The Court, being sufficiently advised, **GRANTS** the Government's motion to dismiss the Indictment in this matter and **ORDERS** the Indictment (DE 1) **DISMISSED**.


On this _____ day of _____, 2024.


_____
UNITED STATES DISTRICT COURT JUDGE